UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEON HANSON, a married man,<br><br>    Plaintiff,<br><br> v.<br><br>BRIAN LUEDTKE #572; SCOTT REIBER; CITY OF WENATCHEE POLICE DEPARTMENT; CITY OF WENATCHEE; CHELAN COUNTY SHERIFF'S OFFICE; CHELAN COUNTY; COLUMBIA RIVER DRUG TASK FORCE; UNIDENTIFIED COLUMBIA RIVER DRUG TASK FORCE OFFICERS 1 AND 2,<br><br>    Defendants.<br><br>BRIAN LUEDTKE #572; CHELAN COUNTY SHERIFF'S OFFICE; CHELAN COUNTY,<br><br>    Counter Claimants,<br><br> v.<br><br>THEON HANSON,<br>    Counter defendant. | NO: 13-CV-0166-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 54).  Pursuant to the parties' stipulation, the Court dismisses Plaintiff's claims and all counterclaims of each Defendant with prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal (ECF No. 54), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.  All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 29, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2